## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Brandon Webb

Plaintiff(s),

v.

SIG / Scholle IPN

Defendant(s).

Case No. 25-cv-9441

Judge  Martha M. Pacold

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑    other: Judgment is entered in favor of Defendant SIG / Scholle IPN and against Plaintiff
Brandon Webb. This case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge                          presiding, and the jury has rendered a verdict.
☐ tried by Judge                      without a jury and the above decision was reached.
☑ decided by Judge  Martha M. Pacold        on a motion to dismiss.

Date: 6/4/2026                    Thomas G. Bruton, Clerk of Court

                                  Lauren Knight                , Deputy Clerk